1  Evan Martyndale Livingstone, SBN 252008
182 Farmers Lane, Suite 100A
2  Santa Rosa, CA 95405
Tel: (707) 571-8600
3  Fax: (707) 676-9112
Email: evanlivingstone@sbcglobal.net
4  Attorney for Debtor

5        UNITED STATES BANKRUPTCY COURT
       NORTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.        09-11656 |
|---|---|---|
|  | ) |  |
| Deborah Kay Callaway | ) | Chapter 13 |
|  | ) |  |
| Debtor. | ) |  |
| _____ / | ) |  |

10        **ORDER VALUING LIEN OF HOME LOAN SERVICES INC AS $0**

11        On June 25, 2009, Debtor filed a motion to value the junior lien of HOME LOAN

12  SERVICES INC (Lienholder) against the property commonly known as 79 William St.

13  #M, Cotati CA 94931 (Real Property). The lien which Lienholder holds on Real Property

14  was created by a deed of Trust recorded on 2/28/2006 with the Sonoma County Recorder

15  as Instrument No. 2006023196 (the Lien). Lienholder's loan, which is secured by the

16  Lien is Loan No. 7591044648690, had a principal balance of $73,518 on the date

17  Debtor's petition was filed .

18        The court finds that notice of motion upon Lienholder was proper. Lienholder

19  having failed to file timely opposition to Debtor's motion, THE COURT HEREBY

20  ORDERS as follows:

21

22        1) For purposes of Debtor's chapter 13 plan only, the Lien which Lienholder

23  holds on Debtor's Real Property is valued at zero dollars ($0), and may not be enforced,

24  pursuant to 11 U.S.C. §§506, 1322(b)(2) and 1327.

ORDER VALUING LIEN AS $0

1    2) Upon entry of discharge in Debtor's chapter 13 case, the Lien shall be voided

2  for all purposes.

3

4    3) If Debtor's chapter 13 plan is dismissed or converted to one under another

5  chapter of the bankruptcy code before Debtor obtains a discharge, this order shall cease

6  to be effective and the Lien shall be retained to the extent recognized by applicable law.

7  Dated:  October 15, 2009

8

9  _____
   Alan Jaroslovsky
10  U.S. Bankruptcy Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24